# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

2014-1723

THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN,

*Appellant*,

*v.*

ST. JUDE MEDICAL, CARDIOLOGY DIVISION, INC.,

*Appellee.*

## DOCKETING STATEMENT

*This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.*

**Name of the party you represent:** The Regents of the University of Michigan

**Party is:** Appellant.

**Tribunal appealed from and Case No.:** Appeal from the Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2013-00041.

**Date of Judgment/Order:** Final Written Decision dated May 1, 2014 (Paper 69).

**Type of Case:** *Inter partes* review.

**Relief sought on appeal:** Reversal and/or remand.

**Relief awarded below (if damages, specify):** Order that claims 23 and 25-29 of U.S. Patent No. 5,746,775 are unpatentable.

**Briefly describe the judgment/order appealed from:** The Patent Trial and Appeal Board ruled that claims 23 and 25-29 of U.S. Patent No. 5,746,775 are unpatentable as obvious.

**Nature of judgment:** Decision of the Patent Trial and Appeal Board with respect to an *inter partes* review, 28 U.S.C. § 1295(a)(4).

**Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued:** None.

**Brief statement of the issues to be raised on appeal:**
Whether the Patent Trial and Appeal Board erred in ruling that the challenged claims were unpatentable as obvious.

**Have there been discussions with other parties relating to settlement of this case?**
No.

**If "yes," when were the last such discussions?**

**If "yes," were the settlement discussions mediated?**

**If they were mediated, by whom?**

**Do you believe that this case may be amenable to mediation?**
No.

**If you answered no, explain why not:**
Appellant is always willing to discuss settlement, but suspects that mediation will not lead to settlement at this stage.

**Provide any other information relevant to the inclusion of this case in the court's mediation program.**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 26th day of August, 2014, which will send notice of such filing to all registered CM/ECF users.

| | |
|---|---|
| William F. Lee | */s/ William F. Lee* |
| Name of Counsel | Signature of Counsel |

**Law Firm:**          Wilmer Cutler Pickering Hale and Dorr LLP
**Address:**           60 State Street
**City, State, ZIP:**  Boston, MA  02109
**Telephone Number:**  617-526-6000
**FAX Number:**        617-526-5000
**E-mail Address:**    william.lee@wilmerhale.com

Dated:  August 26, 2014